IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BILLY C. LOONEY;
GOODWIN & HERMAN ASSOCIATES, LLC,
an Arkansas Limited Liability Company;
and SILOAM MINERALS, LLC,
an Arkansas Limited Liability Company                                     PLAINTIFFS

V.                          CASE NO. 2:15-CV-02108

CHESAPEAKE ENERGY CORPORATION,
an Oklahoma Corporation;
CHESAPEAKE OPERATING, INC.,
an Oklahoma Corporation;
CHESAPEAKE EXPLORATION, LLC,
an Oklahoma Limited Liability Company;
and CHESAPEAKE ENERGY MARKETING, INC.,
an Oklahoma Corporation                                                   DEFENDANTS

## ORDER

Now pending is the parties' Agreed Motion for Preliminary Approval of Class Settlement Agreement and Approval of Notice to Settlement Class Members (Doc. 36). The Manual for Complex Litigation (4th ed.) at Section 21.632 explains that at the first level of review of a proposed class action settlement, the district court must make "a preliminary determination on the fairness, reasonableness, and adequacy of the settlement terms and must direct the preparation of notice of the certification, proposed settlement, and date of the final fairness hearing." In order to make these preliminary findings, the Court has determined that further briefing is necessary.

**IT IS THEREFORE ORDERED** that the parties provide the following information to the Court in the form of a supplementary brief no later than **Friday, April 29, 2016**:

1

(1) The number of presently known, or reasonably estimated, potential[1] "Settlement Class Members," as that term is defined in the Settlement Agreement; and

(2) The "total dollar amount of royalty payments that the Chesapeake Defendants collectively made to all (potential) Settlement Class Members during the period from March 6, 2008 through March 31, 2016, on gas produced by Chesapeake in Arkansas."

**IT IS SO ORDERED** on this 22nd day of April, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

---

[1] The estimation should be made without regard to persons who might subsequently request to be excluded from the Settlement Class.